IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Andrews. Jack William                             Bk. No.: 24-00428

       Debtor.

**MOTION TO EMPLOY SPECIAL COUNSEL FOR THE TRUSTEE**

      Comes now Thomas H. Fluharty, Trustee in the above styled matter, and applies to the Court for authority to hire Ricky LeBlanc, Esquire, Sokolove Law Firm, 1330 Boylston Street, Suite 400, Chestnut Hill, MA 02467, as special counsel for your Trustee, and in support thereof states as follows:

      1. That the Debtor, Jack William Andrews filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code 11 U.S.C. §701 *et seq*., in the United States Bankruptcy Court for the Northern District of West Virginia.

      2. The debtor and Carrie Andrews, a non debtor, are the parents of Garrett Andrews, deceased, who is the subject of a wrongful death civil action pending in St. Clair County, Illinois.

      3.  The Trustee is filing a separate motion authorizing the employment of Lezzlie E. Gooch, Esquire, Ben Martin Law group, who will act as lead counsel, and will receive a contingency fee of 80% of 40%, plus costs, subject to the further order of the Court.

      4.  The two firms will share a 40% contingency fee by allotting 80% of the 40% to Lezzlie E. Gooch, Ben Martin Law Group and 20% of the 40% to Ricky LeBlanc, Sokolove Law Firm.

      5. The Trustee believes it is necessary to employ special counsel to assist him and to represent him in this proceeding.  The Trustee respectfully requests an order approving the employment of Ricky LeBlanc, Esquire, and believes that counsel has considerable experience in matters of this type and is well qualified to represent the Trustee in these proceedings.  The representation will entail being co-counsel in litigation pending in the Circuit Court of the Twentieth Judicial Circuit St. Clair County, Illinois, Case No. 24LA0748.

      6. The professional services of Ricky LeBlanc, Esquire, shall be, but not limited to, as follows:
        (a)  to prepare on behalf of the Trustee any necessary motions and other pleadings;
        (b)   to represent the Trustee at hearings on various motions and proceedings; and

(c) to take all necessary steps to prosecute ongoing litigation matters described above, and to recommend to the Trustee any additional actions that may be warranted related to litigation in St. Clair County, Illinois. The style of the case is: Carrie Andrews, individually and as Special Administrator of the Estate of Garrett Andrews, Deceased, Plaintiff, vs. Abbott Laboratories, Abbott Laboratories, Inc., Mead Johnson & Company, LLC and Mead Johnson Nutrition Company, Defendants, Case No.: 24LA0748.

7. That Ricky LeBlanc, Esquire, is an attorney duly admitted to practice in the Courts of the State of Massachusetts, is a "disinterested person" as that term is defined in §101 (13) of the Bankruptcy Code, and is qualified to act as attorney in these matters.

8. The fees pertaining to the employment Ricky LeBlanc, Esquire, Sokolove Law Firm, as agreed to by the Trustee, subject to Bankruptcy Court approval, are on a contingency basis of 40% (the firm named herein to receive 20% of the 40% contingency plus costs). The attorney will make application for final compensation in accordance with local rules and any administrative orders entered by the Court in this proceeding.

**WHEREFORE**, Trustee prays that this court authorize the employment of Ricky LeBlanc, Esquire, Sokolove Law Firm, upon the terms and conditions set forth herein above and that he be granted such other and further relief as in equitable and just.

DATED this   9th   day of    January   , 2025.

/s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Andrews, Jack William                Bk. No.: 24-00428

Debtor.

## AFFIDAVIT

I, Ricky LeBlanc, Esquire declare:

1. That I am an attorney practicing with the firm of Sokolove Law Firm, 1330 Boylston Street, Suite 400, Chestnut Hill, MA 02467.

2. That I am experienced in rendering legal services of the same nature for which I am being employed on behalf of the bankruptcy estate.

3. That I am willing to accept employment by the Trustee on the basis set forth in the Motion to Employ filed simultaneously herewith.

4. That I do not have any interest adverse to the Trustee or the Estate herein in regard to the matters for which I am to be employed, and that the practitioners of the firm Sokolove Law Firm, are disinterested persons within the meaning of 11 U.S.C. §101(14)

I declare under penalty of perjury that the forgoing is true and correct.

**FURTHER AFFIANT SAITH NAUGHT.**

_____
Ricky LeBlanc, Esquire

STATE OF _Massachusetts_ ,

COUNTY OF _Norfolk_ , TO-WIT:

Ricky LeBlanc, Esquire, applicant named in the foregoing application and verification, hereby makes solemn oath that the statements contained herein are true, according to his best knowledge, information and belief.

_____
Ricky LeBlanc, Esquire

Taken, subscribed and sworn to before me on the 7th day of January ~~2024~~. 2025

My commission expires April 27, 2029 .



_____
NOTARY PUBLIC

(SEAL)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **MOTION TO EMPLOY SPECIAL COUNSEL FOR THE TRUSTEE** was served upon the following individuals, by placing a true and correct copy thereof in the United States mail, postage prepaid, at the addresses listed below, this   9th   day of   January  , 2025.

Lezzlie E. Gooch, Esquire
Ben Martin Law Group
3141 Hood St, Ste 600
Dallas, TX 75219

Ricky LeBlanc, Esquire
Sokolove Law Firm
1330 Boylston St, Ste 400
Chestnut Hill, MA 02467

Served electronically on:

Michael G. Clagett, Esquire
clawoffice@ma.rr.com
*Counsel for Debtor*

Office of the Assistant U.S. Trustee
ustpregion04.ct.ecf@usdoj.gov

    /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee